# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA98 | E 2279504 | A1C Costanti | C2710 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 06/11/2025 / 1427 | 21 USC 844 |

**Place of Offense:** Bldg 405 King St, JBLE, VA 23665

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Penalties for simple possesion

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Threatt | Aiden | L |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| TF25178 | VA | | Honda Odyssey | | white |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| US District Court, 2400 West Avenue, Third Floor, Room 2, Newport News, VA 23607 | 11 Aug ~~27 July~~ 2025 | 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Aiden Threatt*

Original - CVB Copy

CVB SCAN 09/19/2025 11:31

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **11 June**, 20 **25** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I was conducting a random vehicle inspection on Langley Air Force Base, when I identified what seemed to be a suspicious substance on the passenger seat. After further investigation it was identified as a marijuana vape on a federal instillation. This event occured at the King Street gate.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/11/2025**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/19/2025 11:31